THE BOARD OF EDUCATION, ETC., of Waterford, Appellant, *v.* THE FIRST NATIONAL BANK of Richfield Springs, Appellant et al., Respondents.

(Argued April 24, 1895; decided May 21, 1895.)

APPEAL from judgment of the General Term of the Supreme Court in the third judicial department, entered upon an order made July 8, 1893, which affirmed a judgment in favor of defendant Alexander G. Cunningham, entered upon a decision of the court on trial at Special Term.

*J. W. Houghton* and *James W. Verbeck* for appellant.

*G. B. Wellington* for respondents.

Agree to affirm ; no opinion.
All concur.
Judgment affirmed.

---

CHARLES C. CLEVELAND, Appellant, *v.* THE TOWN OF PITTSFORD, Respondent.

(Argued April 25, 1895; decided May 21, 1895.)

APPEAL from judgment of the General Term of the Supreme Court in the fifth judicial department, entered upon an order made October 3, 1893, which denied a motion by plaintiff for a new trial, and ordered judgment in favor of defendant upon decision of the court on trial at Circuit dismissing the complaint.

*George F. Slocum* for appellant.

*George F. Yeoman* for respondent.

Agree to affirm ; no opinion.
All concur, except HAIGHT, J., not sitting.
Judgment affirmed.